**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
KWADWO MANU and TYLER                          :
ROCKWELL, individually and on behalf of :
all others similarly situated, and Ohio and  :
New York Rule 23 Classes,                      :          Case No. 20-cv-408-ENV-VMS
                                               :
                  Plaintiffs,                  :
                                               :
v.                                             :
                                               :
HEALTHEX CORP., and HEALTHEX                    :
COURIER LLC,                                    :
                  Defendants.                   :
-------------------------------------------------------X

## <u>STIPULATION FOR DISMISSAL</u>

WHEREAS, on April 3, 2020 the above referenced matter was stayed pending arbitration.

WHEREAS, the parties reached a settlement and on February 10, 2021 the Settlement Agreement and Release of Claims Form were sent to 22 Eligible Settlement Members.

WHEREAS, 21 Eligible Settlement Members executed and returned the Release of Claims form within the 30-day Release Collection Period.

WHEREAS, the Settlement Agreement calls for the dismissal *with prejudice* of the claims of those Eligible Settlement Members who timely execute and return a Release of Claims form and *without prejudice* for those who do not.

WHEREAS, within 30 days of the Court's order of dismissal, Defendants shall deliver the settlement checks.

WHEREAS, Eligible Settlement Members whose claims should be dismissed *with prejudice* are identified in Exhibit A to this Stipulation and those whose claims should be dismissed *without prejudice* are identified in Exhibit B to this Stipulation.

THEREFORE, the parties hereby stipulate and agree to:

1.    Dismissal with prejudice of the 21 Eligible Settlement Members identified in Exhibit A;

2.    Dismissal without prejudice of the 1 Eligible Settlement Member identified in Exhibit B; and

3.    Dismissal of this action.

Dated: 3/16/21

s/ *Michele R. Fisher*
NICHOLS KASTER, PLLP
Michele R. Fisher
fisher@nka.com
80 South 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3229

SHAVITZ LAW GROUP, P.A.
Gregg I. Shavitz
gshavitz@shavitzlaw.com
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888

Michael J. Palitz
mpalitz@shavitzlaw.com
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000

*Attorneys for Plaintiffs*

s/ *Matthew R. Capobianco*
LITTLER MENDELSON
Matthew R. Capobianco
mcapobianco@littler.com
John T. Bauer
jbauer@littler.com
290 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (631) 247-4700

Craig R. Benson
cbenson@littler.com
John T. Bauer
jbauer@littler.com
900 Third Avenue
New York, NY 10022
Telephone: (212) 583-9600

*Attorneys for Defendant*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/18/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Court

2

Exhibit A

Brooks, Daniel

Campbell, Jason

Clinton, Nicholas

Devine, Joseph

Diaz, Joseph

Frimel, Matthew

Garcia, Wanda

Greer, Michael

Lee, Robert

Lherisson, Donald

Lumley, Brian

Manu, Kwadwo

Martinez, Danny

Matthews, Jeffrey

Molinas, Benjamin

Rockwell, Tyler

Sabin, Rita (Ralph)

Saunders, William

Schlosser, Chelsea

Smith, Tirrell

Thome, Vincent

Exhibit B

Martinez, Adonis